[No. 11418. *En Banc.* February 6, 1915.]

RICHARD H. LORD, *Respondent*, v. WAPATO IRRIGATION COMPANY *et al.*, *Appellants.*

Appeal from a judgment of the superior court for Chelan county, Grimshaw, J., entered April 26, 1913, upon findings in favor of the plaintiff, in an action for an accounting, tried to the court. Reversed.

*Donworth & Todd* and *Reeves, Crollard & Reeves* (*Francis H. Brownell*, of counsel), for appellants.

*Dorr & Hadley* and *T. E. Cade*, for respondent.

### ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adhere to the opinion heretofore filed herein as reported in 81 Wash. 561, 142 Pac. 1172.

For the reasons there stated, the judgment is reversed.

---

[No. 11457. *En Banc.* February 6, 1915.]

PHILIP A. KRUG, *Respondent*, v. DORA E. KRUG, *Appellant.*

Appeal from a judgment of the superior court for Spokane county, Huneke, J., entered April 18, 1913, upon findings in favor of the plaintiff, in an action for a divorce, after a trial to the court. Reversed.

*Robertson & Miller*, for appellant.
*Scott & Campbell*, for respondent.

### ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adhere to the opinion heretofore filed herein as reported in 81 Wash. 461, 142 Pac. 1136.

For the reasons there stated, the judgment is reversed.